IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                           Case No. 3:01cr054

WALTER SCHWYTZER,       JUDGE WALTER HERBERT RICE

    Defendant.

---

ENTRY FINDING DEFENDANT IN VIOLATION OF REIMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH FURTHER REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON CERTAIN STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On Thursday, February 23, 2012, the Defendant, having previously been found in violation of his latest reimposed period of supervised release, a status that began December 2, 2011, appeared in open Court for final disposition. Pursuant to the record made on the aforesaid February 23, 2012, the Defendant's reimposed period of supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, as of March 1, 2012, with a reimposed period of supervised release of twelve months and fifteen days to follow, subject to all of the previously

undischarged conditions of supervision and, further, subject to the following:

At 4:30 p.m. on Thursday, March 1, 2012, the Defendant is to be released from the Montgomery County Jail, in the custody of either his mother, Karen Harsh (phone number 231-4471), or his attorney, William Daly. Either Ms. Harsh or Mr. Daly will take Mr. Schwytzer immediately to Nova House where he is to receive, at 5:30 p.m., a psychiatric evaluation. Following the completion of the evaluation, the Defendant is to be transported, by the aforesaid Karen Harsh or William Daly, without delay, to the Talbert House in Cincinnati, Ohio, where he is to remain for a period of not less than three nor more than six months, with release for outpatient drug therapy, mental health counseling and job seeking and, ultimately, employment. The goal is, by the end of the six month period of time referenced above, that Mr. Schwytzer has secured an apartment and employment.

While jurisdiction over his supervised release will remain in the Dayton Seat of Court, he is to be supervised from Cincinnati.

Following the above, the Defendant was orally explained his right of appeal and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 27, 2012

*WALTER HERBERT RICE*
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Victoria Howard, U.S. Probation Officer