IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WALTER SCHWYTZER,

    Defendant.

Case No. 3:01cr054

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF REIMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; TERMINATION ENTRY

---

On May 1, 2012, the Defendant, having previously been found in violation of his re-reimposed period of supervised release which began March 1, 2012, appeared in open Court for final disposition.

Pursuant to the record made at that time, the Defendant's re-reimposed period of supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 49 days, with credit from April 11, 2012, with no period of supervised release to follow.

It is this Court's recommendation to the Bureau of Prisons that the

Defendant serve the remaining portion of his 49-day sentence in a county jail facility.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

May 7, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Victoria Howard, U.S. Probation Officer